UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION | Case No. 3:22-cv-00333<br>FLSA Collective Action<br><br>Judge Aleta A. Trauger |

## WOODRUFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT

Mark Woodruff requests the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of his and his counsel's investigation, litigation, and negotiation. It completely resolves his, and the rest of the proposed collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Woodruff and the similarly situated employees of Kaiser who opt-into the Settlement, in light of the inherent risks of litigation and trial. Kaiser has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Woodruff and the proposed collective members. Woodruff requests the Court approve the Parties' Settlement Agreement, including notice to the proposed collective, and dismiss the alleged claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
 **Matthew S. Parmet**
 TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**Kimberly De Arcangelis, Esq.**
Florida Bar No.: 0025871
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3383
Email: kimd@forthepeople.com

**R. Burke Keaty, II**, BPR#027342
**MORGAN & MORGAN – NASHVILLE, PLLC**
801 Broadway, Suite 105
Nashville, TN 37203
(615) 514-4205
bkeaty@forthepeople.com

**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with Defendant's counsel, who confirmed Defendant is unopposed to the relief sought herein.

 */s/ Matthew S. Parmet*
 Matthew S. Parmet

## CERTIFICATE OF SERVICE

On May 2, 2023, I served a copy of this document and any attachments on the following parties via the Court's CM/ECF system:

Eric R. Magnus      eric.magnus@jacksonlewis.com
Steven H. Price      stephen.price@jacksonlewis.com
JACKSON LEWIS P.C.

**Attorneys for Kaiser**

Kimberly De Arcangelis      kimd@forthepeople.com
R. Burke Keaty, II      bkeaty@forthepeople.com
MORGAN & MORGAN, P.A.

**Attorneys for Plaintiff**

                         */s/ Matthew S. Parmet*
                         _____
                         Matthew S. Parmet

page 3 of 3

Case 3:22-cv-00333    Document 29    Filed 05/02/23    Page 3 of 3 PageID #: 104