Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION | Case No. 3:22-cv-00333<br>FLSA Collective Action<br><br>Judge Aleta A. Trauger |

## WOODRUFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT

Mark Woodruff requests the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of his and his counsel's investigation, litigation, and negotiation. It completely resolves his, and the rest of the proposed collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Woodruff and the similarly situated employees of Kaiser who opt-into the Settlement, in light of the inherent risks of litigation and trial. Kaiser has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Woodruff and the proposed collective members. Woodruff requests the Court approve the Parties' Settlement Agreement, including notice to the proposed collective, and dismiss the alleged claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.