## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION | **Case No. 3:22-cv-00333**<br>FLSA Collective Action<br><br><br>Judge Aleta A. Trauger |

## ORDER APPROVING SETTLEMENT AGREEMENT

Came on to be considered Plaintiff Mark Woodruff's Unopposed Motion to Approve Settlement Agreement, and the Court having reviewed the motion, the exhibits thereto, and any argument of counsel is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED as follows:

The following persons shall be provided notice of this case and the settlement, pursuant to the FLSA, 29 U.S.C. 216(b), as provided in the Parties' Settlement Agreement:

> All current or former non-exempt employees of Kaiser Aluminum Corporation and its subsidiaries (together, "Kaiser")[1] who worked at any time during Kaiser's Kronos service outage, from December 11, 2021, until May 31, 2022.

The Parties' Settlement Agreement is APPROVED, including the distribution to Plaintiffs, service award to the Representative Plaintiff, and Plaintiffs' attorneys' fees and expenses as set forth in the Parties' Settlement Agreement.

The proposed Notice and Consent forms attached to the Settlement Release, are AUTHORIZED to be sent to the putative collective members, by US mail and email, as set forth in the Parties' Settlement Agreement.

---

[1] The additional Kaiser entities are Kaiser Aluminum Washington LLC; Kaiser Aluminum Fabricated Products, LLC; Kaiser Aluminum Warrick, LLC; and Kaiser Aluminum Washington, LLC.

This case and all claims asserted in this case by all Plaintiffs opting-into the settlement, are DISMISSED WITH PREJUDICE, with each Party to bear its own costs and fees, except as set forth in the Settlement Agreement.

IT IS SO ORDERED.

_____
Aleta A. Trauger
United States District Judge